NO. 07-00-0026-CR

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL A

FEBRUARY 10, 2000

_____

MITCHELL RAY RODGERS, APPELLANT

V.

THE STATE OF TEXAS, APPELLEE

_____

FROM THE CRIMINAL DISTRICT COURT NO. 4 OF DALLAS COUNTY;

NO. F93-43098-RK; HONORABLE J. ZIMMERMAN, JUDGE

_____

Before BOYD, C.J., and REAVIS and JOHNSON, JJ.

ON ABATEMENT AND REMAND

On September 24, 1999, appellant Mitchell Ray Rodgers pled guilty to burglary of a building. Appellant filed a timely notice of appeal on October 15, 1999. To date we have not received a clerk's and reporter's record, nor have we received an appellant's brief. This sequence of events requires us to call for a hearing as provided in Texas Rule of Appellate Procedure 38.8(b)(3). Accordingly, this appeal is abated and the cause is remanded to the Criminal District Court No. 4 of Dallas County.

Upon remand, the judge of the trial court shall immediately cause notice to be given of, and to conduct, a hearing to determine whether appellant has abandoned his appeal or still desires to pursue his appeal. In the event appellant still desires to prosecute his appeal, the court shall further determine whether appellant is now indigent, and if so, whether counsel should be appointed to represent him, and the name, address, and State Bar of Texas identification number of any counsel appointed. Finally, the court should consider whether any further steps need to be taken to facilitate the provision of an appellate record and the completion of the record for appellate review.

In support of its determination, the trial court shall prepare and file findings and orders and cause them to be included in a supplemental clerk's record and the transcription of the hearing should be submitted to the clerk of this court not later than March 9, 2000.

It is so ordered.

Per Curiam

Do not publish.